**Order Issued November 06, 2018 is withdrawn; Order filed November 07, 2018**



In The

# Fourteenth Court of Appeals
—————

## NO. 14-18-00897-CV
——————

## In the Interest of K.T.E., and M.A.E., children

**On Appeal from the 314th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-11109**

### ORDER

This is an accelerated appeal from a judgment in a parental termination appeal. On November 6, 2018, we issued an order for the trial court to hold a hearing to determine the reason the reporter's record had not been filed. On November 7, 2018, we received notice that we have the complete reporter's record filed in this appeal.

Therefore, the order issued November 6, 2018 is withdrawn. The appellants' briefs are due on or before **Tuesday, November 27, 2018**.

PER CURIAM